# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 13, 2020

**Via: ECF and Email**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 17, 2020
```

Re: *United States v. Carlos Rondan Moreno*
17 Cr. 479 (LGS)

Dear Judge Schofield,

    I write to respectfully request that your Honor adjourn Carlos Rondan Moreno's sentencing, currently scheduled for April 7, 2020, until a date and time convenient to the Court in June 2020.

    Currently, I am on trial in the Eastern District of New York, before Hon. Allyne Ross, in *U.S. v. Melendez Rojas*, 14 Cr. 434 (ARR). Thus, preparing for Mr. Rondan Moreno's sentencing has been complicated by my trial commitment and by the difficulty in finding interpreters who can assist counsel, at times that can accommodate my trial schedule.

    I have discussed this request for an adjournment with AUSA Kaylan Lasky, who has graciously consented.

    Accordingly, on behalf of Mr. Rondan Moreno, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in late June 2020. Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/

Susan G. Kellman

cc: AUSA Kaylan Lasky

Application Granted. Defendant's sentencing hearing is adjourned to June 11, 2020 at 2:00 p.m. Defendant's submission shall be filed by May 18, 2020. The Government's submission shall be filed by May 21, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 33.

Dated: March 17, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**