# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

May 20, 2020

**SchofieldSDNYChambers@nysd.uscourts.gov**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

         Re:  *United States v. Carlos Rondan Moreno*
            17 Cr. 479 (LGS)

Dear Judge Schofield,

  I write to respectfully request that your Honor adjourn Carlos Rondan Moreno's sentencing, currently scheduled for June 19, 2020, until a date and time convenient to the Court in the Fall.

  Owing to the Covid-19 pandemic, communication with clients has been difficult; however, communicating with non-English speaking clients is considerably more challenging – especially when, as here, the family wants to be involved in the process – but they, too, do not speak English. I cannot represent to your Honor, with any certainty, that I could effective obtain my client's consent to proceed via video conference because it can be quite difficult to communicate with him without making eye contact.

  I have discussed this request for an adjournment with AUSA Kaylan Lasky, who has graciously consented.

  Accordingly, on behalf of Mr. Rondan Moreno, we respectfully request an adjournment of his sentencing date until a date and time convenient to your Honor, in late April 2020. Your Honor's consideration of this request is appreciated.

                   Respectfully submitted,
                     /s/
                     Susan G. Kellman

cc:  AUSA Kaylan Lasky
    AUSA Noah Falk

---

Application Granted. Defendant Moreno's sentencing hearing is adjourned to August 27, 2020 at 11:00 a.m. Defendant's submission shall be filed by August 3, 2020. The Government's submission, if any, shall be filed by August 6, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 38.

Dated: May 22, 2020
New York, New York

                 _____
                 LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE