UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                  Plaintiff,                  :
                                                              :    17 Cr. 479 (LGS)
                -against-                                     :
                                                              :         ORDER
CARLOS RONDAN MORENO,                                         :
                                  Defendant,                  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

   WHERAS counsel for Defendant emailed the attached to the Court on June 15, 2020.

   WHEREAS section B.2 of this Court's Individual Rules and Procedures for Criminal Cases ("Individual Rules") sets for communication with Chambers.

   WHEREAS the attached email is not in compliance with section B.2 of the Individual Rules. It is hereby

   **ORDERED** that Defendant's application is DENIED without prejudice to renewal provided that the application is filed as a letter motion. Any application seeking to redact or seal the renewed application shall be filed in compliance with section C.3 of the Individual Rules.

Dated: June 15, 2020
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**

**Schofield NYSD Chambers**

| | |
|---|---|
| **From:** | sgk@kellmanesq.com |
| **Sent:** | Monday, June 15, 2020 3:20 PM |
| **To:** | Schofield NYSD Chambers |
| **Cc:** | Kaylan Lasky; Jacqueline Cistaro |
| **Subject:** | Carlos Rondan Moreno |

James,
   I really need LGS's help with this client. It has been months since the judge asked the AUSA to help move the MDC into addressing Mr. Rondan Moreno's ▮▮▮▮▮▮▮▮. And, while AUSA Kaylan Lasky has made every effort to help — only today — after our client's family reports that he is on the flooring screaming because of this longstanding ▮▮▮▮▮▮ — has the ▮▮▮▮ at MDC prescribed an ▮▮▮▮▮▮ — which is better than nothing — but certainly not a cure for ▮▮▮▮▮▮…like a visit with an actual ▮▮▮▮ might be.
   Is it possible to schedule a conference call with Judge Schofield and ▮▮▮▮▮▮ or the Warden at MDC…nobody deserves months of excrutiating ▮▮▮▮▮▮.
   Do you think the judge can help us?  I am available anytime if the She wants to reach out. (My cell # is: ▮▮▮▮▮▮▮▮…and I can be reached absolutely any time?

Thanks so much,

Susan

Susan G. Kellman Esq.
**Fellow, American College of Trial Lawyers**
**Super Lawyer, Since 2013**
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
Fax: 718-783-8226
sgk@kellmanesq.com


**Disclaimer**

This Electronic Message contains information from the Law Offices of Susan G. Kellman, and may be privileged, confidential, or contain attorney work-product.  This information is intended for the use of the addresssee only.  If you are not the addressee, please note that any disclosure, copying, distribution, or other use of the content of this message is prohibited.