UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  UNITED STATES OF AMERICA,            :       17 Civ. 479 (LGS)
                                                              :
                                                              :       **ORDER**
                -against-            :
                                                              :
  CARLOS RONDAN MORENO,                :
                                   Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, counsel for Defendant emailed a letter to the Chambers' Inbox that complies with sections B.2 and C.3 of the Court's Individual Rules for Criminal Cases;

      WHEREAS, the Court has reviewed the redactions in the letter sent by Defendant's counsel. It is hereby

      **ORDERED** that the redactions are approved. Defendant's counsel shall file the letter in redacted form on the docket as soon as practicable, and no later than June 22, 2020. It is further

      **ORDERED** that, as soon as practicable and no later than June 24, 2020 at 12:00 P.M. EST, the Government shall (1) file a letter in response to Defendant's counsel's letter and (2) email to the Chambers inbox a copy to defense counsel a copy of Defendant's Bureau of Prisons medical records.

Dated: June 18, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE