UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                           :
   UNITED STATES OF AMERICA,          :      17 Civ. 479 (LGS)
                                                           :
                                                           :      **ORDER**
                 -against-                    :
                                                           :
   CARLOS RONDAN MORENO,             :
                                  Defendant.  :
------------------------------------------------------------- X
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference is set for July 2, 2020, at 10:30 A.M.  It is hereby

       **ORDERED** that the conference shall begin on July 2, 2020, at 9:30 A.M.  The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: June 30, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE