UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :    17 Civ. 479 (LGS)
                                                             :
                                                             :    **ORDER**
                        -against-                            :
                                                             :
   CARLOS RONDAN MORENO,                                     :
                                            Defendant.       :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference is set for July 2, 2020, at 9:30 A.M.  ECF 45;

WHEREAS, the Government and Defendant filed a joint letter under seal, pursuant to Section C.3 of the Court's Individual Rules and Procedures for Criminal Cases.  The Court has reviewed the proposed redactions.  It is hereby

**ORDERED** that the July 2, 2020, telephonic conference is canceled.  It is further

**ORDERED** that redactions are approved.  The Government may file the joint letter on the docket with the proposed redactions.

Dated: July 1, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**