UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :    17 Civ. 479 (LGS)
                                                              :
                                                              :    **ORDER**
                           -against-                          :
                                                              :
CARLOS RONDAN MORENO,                                         :
                                              Defendant.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, counsel for Defendant file a letter on July 14, 2020, under seal, pursuant to Section C.3 of the Court's Individual Rules and Procedures for Criminal Cases. The Court has reviewed the proposed redactions. It is hereby

**ORDERED** that redactions are approved. Counsel for Defendant may file the letter on the docket with the proposed redactions. It is further

**ORDERED** that the parties shall attend a telephonic conference on **July 16, 2020, at 10:30 A.M**. The Government shall be prepared to discuss steps the Bureau of Prisons can take to address the dental issues described in the letter filed by counsel for Defendant. The parties shall call (888) 363-4749 and use Access Code 558-3333. It is further

**ORDERED** that counsel for Defendant shall, by July 15, 2020, at 3:00 P.M., file on the docket a letter stating whether Defendant consents to not attending the telephonic conference.

Dated: July 14, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE