# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 15, 2020

**SchofieldSDNYChambers@nysd.uscourts.gov**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

                Re:    *United States v. Carlos Rondan Moreno*
                       17 Cr. 479 (LGS)

Dear Judge Schofield,

      I write with regard to the telephone conference that your Honor has scheduled in the above-referenced matter, for Thursday, July 16, 2020, at 10:30am.

      Following your Honor's Order, AUSA Kaylan Lasky informed me that Mr. Rondan Moreno was taken for a follow up visit. Thus, may I respectfully suggest that your Honor hold the currently scheduled telephone conference in abeyance until counsel has an opportunity to speak directly with my client to determine if his concerns have been satisfactorily handled. AUSA Lasky joins in this request.

      The power of your Honor's signature on an Order is not lost on counsel – nor was is lost on the staff at the MDC – and for this my client and I are tremendously grateful.

                                                            Respectfully submitted,

                                                            /s/

                                                           Susan G. Kellman

cc:    Kaylan Lasky, AUSA
        Holly Pratesi, Counsel MDC

The telephonic conference set for July 16, 2020, at 10:30 A.M. is canceled.

SO ORDERED

Dated: July 16, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE