# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 14, 2020

**SchofieldSDNYChambers@nysd.uscourts.gov**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:   *United States v. Carlos Rondan Moreno*
            17 Cr. 479 (LGS)

Dear Judge Schofield,

    I write to update the Court regarding the ▇▇▇▇ of Mr. Rondan Moreno's ▇▇▇ Counsel had an opportunity to speak with Mr. Rondan Moreno this morning. I confess that I fully expected that my client would be elated that his ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Alas, I was incorrect.

    Mr. Rondan Moreno reports ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ – professional advice offered by a prison guard.

    At this point, frankly, counsel is at a loss. I beg your Honor to get involved. We implore your Honor to order the Warden and ▇▇▇▇▇ at the MDC report to your Honor on Mr. Rondan Moreno's condition and the plan for ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Further, we ask your Honor to consider imposing a substantial fine on the MDC ▇▇▇ for every day that passes that the MDC fails to get Mr. Rondan Moreno ▇▇▇▇▇▇.

                             Respectfully submitted,

                             /s/

                           Susan G. Kellman

cc:   AUSA Kaylan Lasky
       Holly Pratesi, MDC Counsel
       Herman C. Quay, Warden

Defendant's second letter motion (Dkt. No. 41) and third letter motion (Dkt. No. 50) regarding assistance for health-related issues are denied as moot. The Clerk of Court is respectfully directed to close the open motions at Docket Nos. 41 and 50.

SO ORDERED.

Dated: July 30, 2020

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

New York, New York