UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :     17 Cr. 479 (LGS)
            -against-                                       :
                                                            :     ORDER
CARLOS RONDAN MORENO,                                       :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing hearing previously scheduled for August 27, 2020 is adjourned to **August 24, 2020 at 11:30 a.m.**

Dated: August 17, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**