UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :    17 Cr. 479 (LGS)
                                                              :
                  -against-                                   :    ORDER
                                                              :
CARLOS RONDAN MORENO,                                         :
                                                  Defendant,  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 22, 2020, Defendant emailed a letter to the Chambers inbox requesting that the Court direct the Warden at the Manhattan Detention Center to provide Defendant medical treatment. The Court has reviewed the unredacted letter. It is hereby

**ORDERED** that the request to file the letter under seal in redacted form is GRANTED. Defendant shall file the redacted letter on the public docket. It is further

**ORDERED** that Defendant's counsel and the Government shall attend a telephonic conference on **October 1, 2020, at 11:00 A.M.**, to discuss the request for medical treatment. At the conference, the Government shall report on what emergency dental treatment is available to Defendant. The parties shall call (888) 363-4749 and use Access Code 558-3333. It is further

**ORDERED** that the prison official responsible for determining whether or not Defendant is scheduled for a dental appointment be present at the hearing.

Dated: September 25, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**