UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :        17 Cr. 479 (LGS)
                                                              :
                                                              :        **ORDER**
                        -against-                             :
                                                              :
    CARLOS RONDAN MORENO,                                     :
                                        Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a status conference is set for October 1, 2020;

        WHEREAS, the Government and Defendant filed a joint letter under seal, pursuant to

Section C.3 of the Court's Individual Rules and Procedures for Criminal Cases.  The Court has

reviewed the proposed redactions.  It is hereby

        **ORDERED** that the October 1, 2020, status conference is canceled.  It is further

        **ORDERED** that redactions are approved.  The Government may file the joint letter on

the docket with the proposed redactions.


Dated: September 30, 2020
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**