UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,        :
                               Plaintiff,    :          17 Cr. 479 (LGS)
                                                     :
                         -against-                 :            <u>ORDER</u>
                                                     :
CARLOS RONDAN MORENO,            :
                                          Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held on November 24, 2020. It is hereby,

**ORDERED** that the sentencing hearing is adjourned to **December 10, 2020 at 9:00 a.m**. and will be conducted via videoconference. Counsel for the Government and for Mr. Moreno are directed to appear and will be provided with call-in instructions via email. MDC Brooklyn is directed to produce Mr. Moreno for the sentencing.

Dated: November 24, 2020
         New York, New York

                                                            LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE