# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

February 9, 2021

**SchofieldSDNYChambers@nysd.uscourts.gov**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

                         Re:    *United States v. Carlos Rondan Moreno*
                                   17 Cr. 479 (LGS)

Dear Judge Schofield:

       Government counsel Kaylan Lasky graciously interceded on the defendant's behalf and was able to ascertain that Mr. Rondan Moreno's condition is currently being managed appropriately. AUSA Lasky was also able to obtain our client's pertinent medical records and we are very appreciative.

       Accordingly, defendant withdraws his request that your Honor schedule a conference to report what, if anything, is being done to assist Mr. Rondan Moreno, who has tested positive for Covid-19.

       Your Honor's attention to our client's health issues is greatly appreciated.

                                                         Respectfully submitted,

                                                         /s/

                                                         Susan G. Kellman

cc:    AUSA Kaylan Lasky

Application Granted. Defendant's letter motion at docket number 74 is DENIED as moot. The Clerk of the Court is directed to terminate the letter motions at docket numbers 74 and 75.

Dated: February 11, 2021
New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE